**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| | : | |
| v. | : | Crim. No. 26-187 |
| | : | |
| VICTOR MANUEL ARELLANES | : | **ORDER FOR CONTINUANCE** |
| LAREDO | : | |

1.     This matter came before the Court on the joint application of Robert Frazer, United States Attorney for the District of New Jersey (Michelle L. Goldman, Assistant U.S. Attorney, appearing), and defendant Victor Manuel Arellanes Laredo (Laurie Fierro, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through July 13, 2026.

2.     This is the eleventh continuance that the Court has granted.

3.     Counsel for the parties have represented that a plea agreement has been executed in this matter;

4.     Counsel for the parties seek additional time for the defendant's plea hearing to be conducted, which would render any subsequent trial of this matter unnecessary; and

5.     Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

6.     The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

7.     The defendant, through counsel, has consented to this continuance.

8.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.      Counsel for the parties have represented that a plea agreement has been executed in this matter;

b.      Counsel for the parties seek additional time for the defendant's plea hearing to be conducted, which would render any subsequent trial of this matter unnecessary; and

c.      Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this order through July 13, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____/s/ Edward S. Kiel_____
Hon. Edward S. Kiel
United States Magistrate Judge

Dated: May _15_, 2026

| | |
|---|---|
| Michelle L. Goldman | /s/ Laurie Fierro |
| Michelle L. Goldman | Laurie Fierro, Esq. |
| Assistant U.S. Attorney | Counsel for Victor Manuel Arellanes Laredo |